JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KYOKO MARIE HAWKINS,<br><br>           Plaintiff,<br><br>           v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 5:25-cv-01003-JDE<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: January 20, 2026

                                                                                   JOHN D. EARLY<br>
                                                           United States Magistrate Judge